**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA, Civil No. 01-129(DWF/AJB)

Plaintiff,

v. **ORDER OF DISMISSAL**

$4,400.00 IN U.S. CURRENCY,

Defendant

SHENG LEE,

Claimant.

---

Robert M. Small, Acting United States Attorney, 600 United States Courthouse, 300 Fourth Street South, Minneapolis, MN 55415, counsel for Plaintiff.

Michael H. McGlennen, Esq., McGlennen Law Office, 425 Third Street South, Minneapolis, MN 55415, counsel for Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: June 26, 2001

DONOVAN W. FRANK
Judge of United States District Court

FILED JUN 26 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK