**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

v.

$4,400.00 in U.S. Currency,

Defendant,

Sheng Lee,

Claimant.

Civil No. 01-129 (DWF/AJB)

**FINAL ORDER OF FORFEITURE**

---

Robert M. Small, United States Attorney, 600 United States Courthouse, 300 Fourth Street South, Minneapolis, MN 55415, counsel for Plaintiff.

Michael H. McGlennen, Esq., McGlennen Law Office, 425 Third Street South, Minneapolis, MN 55415, counsel for Claimant Sheng Lee.

---

Based upon the Plaintiff's motions for a finding of probable cause for forfeiture, for default judgment, pursuant to Fed. R. Civ. P. 55(b)(2), against all unknown persons and entities having an interest in the Defendant currency, and for forfeiture of $1,340.00 of the Defendant currency; upon all the files and records in this action; and the Court being otherwise duly advised in the premises, the Court hereby makes the following:

**FINDINGS OF FACT**

1. Process was fully issued in this action and returned according to law;

2. Pursuant to a Warrant of Arrest and Notice *In Rem* issued by United States Magistrate Judge Arthur J. Boylan, the United States Marshal for the District of Minnesota arrested the Defendant currency;

FILED AUG 17 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD AUG 17 2001
DEPUTY CLERK ________

3. Notice of the arrest of the Defendant currency was published in the publication entitled *Finance and Commerce*, Minneapolis, Minnesota, on March 10, 17, and 24, 2001;

4. The United States Marshal served Sheng Lee, through her attorney, Michael McGlennen, with a copy of the Complaint, Summons, and Warrant of Arrest and Notice *In Rem*;

5. Sheng Lee filed with the Clerk of Court a verified statement of interest in the Defendant currency and an answer to the Complaint for Forfeiture and served them on the United States Attorney;

6. No other verified statements of interest and answers have been filed, and the time for filing a verified statement of interest and answer has expired;

7. The Clerk of Court entered default against all unknown persons and entities having an interest in the Defendant currency for failure to file a verified statement of interest and answer to the Complaint for Forfeiture in this action within the time permitted by Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims;

8. The claim of Sheng Lee to the Defendant currency has been settled pursuant to a Stipulation for Settlement of Claim filed in this action; and

9. The Plaintiff has shown probable cause for the forfeiture of the Defendant currency pursuant to 18 U.S.C. § 1955(d).

Based upon the foregoing Findings of Fact, the Court hereby enters the following:

**ORDER**

1. Default judgment is entered against all unknown persons and entities having an interest in the Defendant currency;

2. One-thousand three-hundred and forty dollars ($1,340.00) of the Defendant currency is forfeited to the Plaintiff for disposition in accordance with law free and clear of any and all claims;

3. Plaintiff shall return the remaining $3,060.00 of the Defendant currency, and the $440.00 cost bond filed in this action, to Sheng Lee through her attorney; and

4. All other terms of the Stipulation for Settlement of Claim shall be effected.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 17, 2001

DONOVAN W. FRANK
Judge of United States District Court

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500